

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL
(212) 416-8552

July 6, 2016

Hon. Andrew L. Carter, Jr.
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        Re: <u>Ali v. Annucci, et al.</u>
            S.D.N.Y. Case No. 16 CV 1994(ALC)

Dear Judge Carter,

      This Office represents the defendants in this matter, specifically Court Officer T. Eleazar Ramos and defendant Justice Lawrence K. Marks, Chief Administrative Judge of the New York State Unified Court System. We respectfully submit this letter to update the Court on the parties' settlement discussions. Plaintiff, who is currently incarcerated, and his counsel Adrian Ellis, Esq. have been working to provide defendants with a settlement demand and medical documentation in support of the complaint, but have not yet done so. Upon receipt of both this Office will determine if further settlement discussions are warranted and, if necessary, will seek authority to settle the matter.

      The parties respectfully request that the Court continue to take no action on this matter until such time as requested by one or both of the parties. The parties will update the Court within 30 days of the status of settlement discussions.

                                                        Respectfully,

                                                      /S/
                                                   Michael J. Siudzinski
                                                 Jonathan Conley
                                                 Assistant Attorneys General