UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ERIC ALI,

               Plaintiff,

        -against-

LAWRENCE K. MARKS, CHIEF OF PUBLIC SAFETY,
NEW YORK STATE'S OFFICE OF COURT
ADMINISTRATION, COURT OFFICER T. ELEAZAR
RAMOS SHIELD NO. 7217. and COURT OFFICER
JOHN DOE 1

               Defendants.
------------------------------------------------------------------------x

16-cv-01994 (ALC)

**NOTICE OF MOTION
TO DISMISS THE
AMENDED COMPLAINT**

**PLEASE TAKE NOTICE THAT**, upon plaintiff Eric Ali's amended complaint, dated June 28, 2016; the accompanying Memorandum of Law, dated February 28, 2017, together with the Declaration of Michael Siudzinski, dated February 28, 2017, in support of the State Defendants' motion to dismiss the amended complaint; and all other papers and proceedings herein, Defendants Lawrence K. Marks and Court Officer T. Eleazar Ramos, by their attorney, ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, will bring this motion for hearing before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse**,** Southern District of New York**,** 40 Foley Square, Courtroom 1306, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing all claims in the amended complaint, with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting any other relief the Court may deem just and proper.

Dated: New York, New York
February 28, 2017

                ERIC T. SCHNEIDERMAN
                Attorney General of the State of New York
                *Attorneys for the Honorable Lawrence K. Marks and Court Officer T. Eleazar Ramos*

                By:

                     /S/
                Michael Siudzinski
                Jonathan Conley
                Assistant Attorneys General
                120 Broadway, 24th Floor
                New York, New York 10271
                (212) 416-8552/8108