USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC ALI,

                **Plaintiff,**

-against-

LAWRENCE K. MARKS, Chief of Public Safety, New York State's Office of Court Administration, et al.,

                **Defendants.**

16-cv-01994 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court hereby grants Plaintiff's motion to amend the Complaint a second time. ECF No. 35. Plaintiff must file his Second Amended Complaint on or before **March 24, 2017**. As a result, Defendants' motion to dismiss the First Amended Complaint is denied without prejudice as moot. ECF No. 32. If Defendants wish to renew their motion to dismiss as to the Second Amended Complaint, they may do so without first requesting a pre-motion conference. The Court sets the following briefing schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss: | April 14, 2017 |
| Plaintiff's Opposition: | May 5, 2017 |
| Defendants' Reply, if any: | May 12, 2017 |

**SO ORDERED.**

Dated: March 23, 2017
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**