# ADRIAN A. ELLIS, L.LC.

26 Court Street,
Suite 1600
Brooklyn, New York 11242

TELEPHONE: (718) 596- 1308/2865/5842
TELECOPIER: (718) 596-8059
E-MAIL: aellis@ellisgrouplaw.com

**Adrian A. Ellis, Esq.**

March 29, 2017

United States District Court
Hon. Andrew L. Carter
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        Re: Ali v. Lawrence K. Marks, et al
        Civ. Case No.: 16-cv-01994 (ALC)

Dear Judge Carter:

    I am the attorney for the plaintiff and I am making an application for an order allowing ECF to accept my second amended complaint which was filed on March 24, 2017 in compliance with the Court's order issued on March 23, 2017.

    However, after filing the second amended complaint it was noted by my office on March 28, 2017 that the filing had been deemed deficient by ECF. The deficiency was corrected on March 28, 2017 but ECF has indicated it needs a written order from the Court to accept the corrected filing of the second amended complaint.

    I therefore, respectfully request that the Court issue an order allowing for ECF to accept the second amended complaint.

                            Very truly yours,

                            Adrian A. Ellis

AAE:nm
Cc: Michael Suidzinski, A.A.G.