UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X Case No. 16 CV 01994
ERIC ALI,

        Plaintiff,

P~~ROPOSE~~D SCHEDULING ORDER

  -against-

COURT OFFICER T. ELEAZAR
RAMOS SHIELD NO. 7217, COURT OFFICER
BRUCE KNOWLES, SHIELD NO. 3287 and
LIEUTENANT STEWART STILL,

        Defendants.
---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/18

    Adrian A. Ellis appearing on behalf of the plaintiff and Barbara D. Underwood, as Attorney General of the State of New York, by Assistant Attorneys General Michael Siudzinski and Jonathan Conley, appearing on behalf of the defendants respectfully submit as follows:

1.   The issues in contention are whether the defendants acted in a manner that violated the civil rights of the plaintiff. Additionally, the severity of plaintiff's claimed injury is also contested.

2.   Initial Document request and interrogatories are to be served by ~~August 2, 2018~~ July 17, 2018

3.   The deadline for parties to be joined or the filing of amended pleadings is August 17, 2018.

4.   The names of non-expert witnesses to be deposed are the named parties to the action. The parties may identify additional non-expert witnesses pursuant to the Federal Rules of Evidence and in accordance with the proposed discovery schedule.

1

5. Non-expert discovery is to be completed by October 3, 2018.

6. Both sides anticipate calling an Orthopedic Surgeon or other similarly experience medical expert to testify as to the claimed injury to plaintiff's hand. Disclosure of expert witnesses shall be made by November 18, 2018. Depositions of the expert witnesses shall occur by December ~~31~~ 17, 2018.

7. ~~Pretrial motions shall be filed by February 15, 2019.~~ Any request to Judge Carter for permission to file a summary judgment motion shall be filed by December 17, 2018

8. At this time the parties do not anticipate placing any limitations on discovery, except a protective/confidentiality order as it relates to the defendants' disciplinary history and any information concerning the Office of Court Administration and the Unified Court System's policies and procedures.

9. Anticipated length of trial is five days.

10. The parties ~~believe a settlement conference should occur at the completion of fact discovery by a Magistrate Judge.~~ shall write to the court as soon as both sides are prepared to participate in a mediation

2

11. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices. Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

Adrian A. Ellis, LLC.

By: Adrian A. Ellis
Attorneys for the Plaintiff
Eric Ali
26 Court Street, 1600
Brooklyn, New York 11242
718-596-1308

Barbara D. Underwood
Attorney General of New York State

By: Michael Siudzinski
Jonathan Conley
Attorneys for the Defendants
28 Liberty Street
New York, NY 10005
212-416-8552/8108

SO ORDERED:

Dated: July 3, 2018

Hon. CMJ Gabriel W. Gorenstein
Southern District of New York