UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ERIC ALI,                                              :

                                                       :          <u>ORDER</u>

                          Plaintiff,                   :          16 Civ. 1994 (ALC) (GWG)

                                                       :

        -v.-                                           :

                                                       :

ANTHONY J. ANNUCCI, et al.,                            :

                                                       :

                          Defendants.                  :

-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        After having reviewed the July 25, 2015, letter from Adam Freedman, Esq. to plaintiff and for the reasons stated at the telephone conference held today, the Court denies defendants' application to compel testimony regarding conversations between Freedman and plaintiff regarding the handcuffing incident to the extent those conversations were part of Ali's effort to seek legal advice from Freedman.   The Court finds the letter to be privileged.  The Court does not find that Ail's deposition testimony regarding the existence of the letter to have waived the privilege.

        Obviously, any testimony from Freedman regarding anything he witnessed during the handcuffing incident as well as any interactions with the court officers or the judge at that proceeding or in prior proceedings would not be privileged.

        SO ORDERED.

Dated: March 11, 2019
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge