```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC#: _____
-------------------------------------------- x  DATE FILED: 11-4-19
ERIC ALI,                                    :
                                             :
                    Plaintiff,               :
                                             :
        -against-                            :
                                             :
ANTHONY J. ANNUCCI, et al,                   :  16-cv-01994 (ALC)
                                             :
                    Defendants.              :  ORDER
                                             :
-------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On October 21, 2019, Defendant filed a letter motion requesting a pre-motion conference on an anticipated motion for summary judgment. (ECF No. 105) On October 28, 2019, Plaintiff filed his response. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | December 2, 2019 |
| Plaintiff's Opposition: | December 30, 2019 |
| Defendant's Reply, if any: | January 6, 2020 |

**SO ORDERED.**

Dated: November 4, 2019
      New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**