

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

October 16, 2020

**MEMORANDUM ENDORSEMENT**

**BY ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ali v. Ramos, et al.*, 16-cv-01994 (ALC)(GWG)

Dear Magistrate Gorenstein:

This Office represents Court Officers Eleazar Ramos and Bruce Knowles in the above-referenced action. After consultation with counsel for Plaintiff Eric Ali, the parties jointly request an adjournment of the settlement conference, scheduled for November 2, 2020. *See* ECF 126.

Pursuant to Paragraph 8 of the Court's Standing Order Applicable to Telephonic Conferences ("Standing Order"), the parties believe that an adjournment until mid-December or early January 2021 will lead to the exchange of information that would make the settlement conference more "fruitful." The parties briefly entertained settlement in October 2019 but did not discuss specific terms. The parties then focused on the briefing for Defendants' motion for summary judgment.

Plaintiff's counsel submitted a demand today, but Defendants and this Office will require some time to evaluate the demand and comply the Court's scheduled deadlines in the Standing Order, especially considering the Decision and Order, dated September 30, 2020. ECF 123. This Office will also need to coordinate Defendants' employer, the Unified Court System and its Office of Court Administration, to comply with Paragraph 6 of the Standing Order. Finally, the Thanksgiving and December holidays will limit the availability of certain decision-makers on Defendants' side. Plaintiff's counsel is also not available from December 22, 2020 to January 6, 2021.

Should the Court grant this adjournment request, the parties will call Chambers to ascertain the Court's availability.

Thank you for your consideration in this matter.

                    Respectfully submitted,

                    s/ Elizabeth A. Figueira

                    Assistant Attorney General

cc:    Adrian A. Ellis (via ECF)

**Conference adjourned to December 14, 2020, at 2:30 p.m. Submissions are due December 8, 2020.**

**So Ordered.**

_[signature]_
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**October 16, 2020**